UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| No. | 2:20-cv-05300-ODW (JPRx) | Date | November 8, 2021 |
|---|---|---|---|
| Title | *Jesus Mendoza v. Zhou Min Ni et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

Pursuant to Plaintiff's Notice of Dismissal (ECF No. 38) and Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED** that:

1.    The entire action and all claims asserted therein are hereby **DISMISSED WITHOUT PREJUDICE**; and

2.    All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                                      :      00

                                              Initials of Preparer    SE